

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 05 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | NO. 3:18-cr-72-CRS |
| | 18 U.S.C. §554 |
| | 18 U.S.C. §2 |
| | 22 U.S.C. §2778(b)(2)(c) |
| **JESUS RIVAS** | 22 C.F.R. §121.1 |

The Grand Jury charges:

COUNT 1
(*Unlawful Exportation/Smuggling of Firearms*)

On or about and between August 1, 2016, and August 16, 2016, in the Western District of Kentucky, and elsewhere, the defendant, **JESUS RIVAS**, aided and abetted by others, knowingly received, concealed, bought, sold, and facilitated, the transportation, concealment, and sale, of the following firearms:

- Anderson manufacturing AM-15 multi-caliber rifle, serial number 15077417;
- Smith & Wesson M&P 15 .223 caliber rifle, serial number SU15536;
- Ruger AR-556 5.56 millimeter rifle, serial number 850-80080;
- CMMG MOD4 SA .223 caliber rifle, serial number SA13754;
- Anderson manufacturing AM-15 multi-caliber rifle, serial number 16213951;
- Diamondback DB 15 multi-caliber rifle, serial number DB-1811117;
- Diamondback DB 15 multi-caliber rifle, serial number DB-1703473;
- Diamondback DB 15 multi-caliber rifle, serial number DB-1822398; and
- Diamondback DB 15 multi-caliber rifle, serial number DB-1549865;

prior to exportation, knowing them to be intended for exportation contrary to the Arms Export Control Act, a law and regulation of the United States.

All in violation of Title 18, United States Code, Sections 2 and 554.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 554, as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JESUS RIVAS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all firearms, ammunition and proceeds of the offense, including, but not limited to: Anderson manufacturing AM-15 multi-caliber rifle, serial number 15077417; Smith & Wesson M&P 15 .223 caliber rifle, serial number SU15536; Ruger AR-556 5.56 millimeter rifle, serial number 850-80080; CMMG MOD4 SA .223 caliber rifle, serial number SA13754; Anderson manufacturing AM-15 multi-caliber rifle, serial number 16213951; Diamondback DB 15 multi-caliber rifle, serial number DB-1811117; Diamondback DB 15 multi-caliber rifle, serial number DB-1703473; Diamondback DB 15 multi-caliber rifle, serial number DB-1822398; Diamondback DB 15 multi-caliber rifle, serial number DB-1549865 and ammunition.

A TRUE BILL

FOREPERSON

*Russell M. Coleman*
RUSSELL M. COLEMAN
United States Attorney

RMK:JSD

UNITED STATES OF AMERICA v. **JESUS RIVAS**

## PENALTIES

Count 1:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |  |  |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

   1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

   2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

   3. Continuous **GARNISHMENT** may apply until your fine is paid.

      18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

   18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made **payable to the Clerk, U.S. District Court** and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville

---

THE UNITED STATES OF AMERICA
vs.

JESUS RIVAS

---

## SUPERSEDING INDICTMENT

Count 1
**Unlawful Exportation/Smuggling of Firearms**
18 U.S.C. §554

Forfeiture

---

*A true bill.*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Foreperson*

*Filed in open court this 6th day of June, 2018.*

**FILED**
VANESSA L. ARMSTRONG, CLERK



JUN 0 5 2018                              *Clerk*

Bail, $ _____    U.S. DISTRICT COURT
                   WEST'N DIST. KENTUCKY