UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                          PLAINTIFF

v.                               CRIMINAL NO. 3:18-CR-72-CRS

JESUS RIVAS                              DEFENDANT

## RESPONSE TO MOTION FOR A REDUCTION IN SENTENCE

Comes now the United States of America, by counsel, and responds to Defendant's motion for a reduction in sentence (DN32). The United States has no objection to this motion.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

_____
Nute A. Bonner
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
E-mail: Nute.Bonner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

_____
Nute A. Bonner
Assistant United States Attorney